UNITED STATES of America,
Plaintiff—Appellee,

v.

Juan PENATE–ESCALANTE,
Defendant—Appellant.

No. 04–10032.

D.C. No. CR–02–02029–ACM.

United States Court of Appeals,
Ninth Circuit.

Submitted June 14, 2005.*

Decided June 24, 2005.

Christina M. Cabanillas, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff-Appellee.

Harriette P. Levitt, Tucson, AZ, for Defendant–Appellant.

Before KLEINFELD, TASHIMA, and THOMAS, Circuit Judges.

MEMORANDUM**

Juan Penate–Escalante appeals the district court's judgment imposing a 51–month sentence following his guilty-plea conviction for illegal re-entry into the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291.

We dismiss in light of the valid written appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered knowingly and voluntarily); *United States v. Cardenas*, 405 F.3d 1046, 1048 (9th Cir.2005) (holding that the changes in sentencing law imposed by *United States v. Booker*, — U.S. —, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), did not render waiver of appeal involuntary and unknowing).

Appellee's motion to dismiss is denied as moot. All other pending motions are denied.

**DISMISSED.**

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.